LEONARDO RUIZ MENDEZ
_Petitioner_

_____
_Respondent(s)_

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

FILED
2007 DEC 26 PM 4:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RM

07CV2299 DMS (BLM)

I, M LEONARDO RUIZ MENDEZ, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. SOCIAL SECURITY I'M RITIRED $5.350.00 S.S. 2001
    536.00

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes ☒ No
    b. Rent payments, interest or dividends?              ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes ☒ No
    d. Gifts or inheritances?                             ☐ Yes ☒ No
    e. Any other sources?                                 ☐ Yes ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: NADA N/A

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
    ☐ Yes ☒ No
    If the answer is yes, state the total value of the items owned: $ 00.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: _NADA_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _MARIA G. RUIZ, WIFE, MARIA D. CRUZ, GUADALUPE CRUZ, STEP DOUGTER, EDGAR R. CRUZ STEP SON Y WILLIAM RUIZ. SON. - $00.00._

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _11-01-2007_.   _Leonardo Ruiz Mendez_
           Date                                Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $___0___ on account to his credit at the _Pleasant Valley State Prison_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _None_

_11/7/07_                            _D.V / Acct. Tech._
   Date                              Authorized Officer of Institution/Title of Officer

CALIFORNIA DEPARTMENT OF CORRECTIONS
PLEASANT VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 07, 2007 THRU NOV. 07, 2007

```
ACCOUNT NUMBER : T48606              BED/CELL NUMBER: DFB1T2000000212L
ACCOUNT NAME   : RUIZ, LEONARDO MENDEZ    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
```

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
-----------------
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11/7/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE