HOJA I-I

1. IN UNITED STATE DISTRICT COURT, SOUTHERN OF CALIFORNIA.
2. OFFICE OF CLERK. 880 FRONT STREET, SUITE 4290
3. SAN DIEGO, CALIFORNIA 92101-8900.
4.
5. LEONARDO RUIZ MENDEZ
6. PLAINTIFF-IN PROPER.
   VS
7. L. E. SCRIBNER WARDEN C.S.P.
8. W. J. PRICE, ASSOCIATE, C.S.P.
9. R. PERAZA CORRECTIONAL OFFICES.
10. R. LIZARRAGA CORRECTIONAL OFFICES.
11.

CIVIL CASE N._____
07CV 2299 DMS(BLM)

**NUNC PRO TUNC**
JAN -2 2008

12.    ON THIS TIME YOUR HONOR THAT: I'M LEONARDO RUIZ MENDEZ;
13. ON OCTUBER 15-2007, SEND TO THE TRUST ACCOUNT OFFICES
14. OF PLEACENT VALLEY STATE PRISION AT COALINGA CALIFORNIA,
15. DECLARATION IN SUPORT OF REQUEST A PROCEED IN FORMA PAUPE-
16. RIS, FOR CERTIFIED FINANCIAL STATEMENT FOR THE COURT.
17.    DUE TO CDC POLICIES THE TRUST STATEMENT WILL BE
18. SENT DIRECTLY TO YOUR OFFICES, THUS IT WILL NOT BE ATTA
19. CHED AS THE INSTRUCTIONS, IN LEGAL PAPER I SEND TO THE
20. COURT ON 11-29-2007.
21.    ON 12-25-2007, REQUESTED FOR CERTIFIED FINANCIAL -
22. STATEMENT FOR THE COURT, AGAINE FROM THE TRUST ACCOUNT OF
23. P.V.S.P. OF COALINGA, CALIFORNIA P.O. BOX 8504. - THANKS TO
24. YOU FOR YOUR TIME, AND RECONCIDERATION. -
25.
26.         RESPECTFULLY
27.         Leonardo Ruiz Mendez
            T-48606-
                    12-27-2007.