# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JAN 15 AM 10:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Sabraw
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 1/14/2008
       BY: RM DEPUTY
CASE NO.: 07cv2299 DMS (BLM)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Mendez v. Scribner, et al
DOCUMENT ENTITLED: Motion for IFP

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Motion already on file (Docket #3).** |

Date forwarded: 1/14/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 1/15/08    By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

*LEONARDO RUIZ MENDEZ*
PLAINTIFF/PETITIONER/MOVANT'S NAME
*P. V. STATE PRISONER T48606*
PRISON NUMBER

*PLASENT VALLEY S.P.*
PLACE OF CONFINEMENT *P.O. BOX 8504*
*COALINGA, CA. 93210*
ADDRESS



# United States District Court
## Southern District Of California

| | |
|---|---|
| *Leonardo Ruiz Mendez*,<br>Plaintiff/Petitioner/Movant<br>*IN PROPER*<br>v.<br>*L. E. SCRIBNER WARDEN. C.S.P.*<br>Defendant/Respondent | Civil No. *07CV2299 DMS (BLM)*<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this *proceeding or give security because of my poverty*, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration *PLEASENT VALLEY STATE PRISIONER*
    Are you employed at the institution?         ☐ Yes ☒ No
    Do you receive any payment from the institution?  ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]