# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 APR -4 PM 4: 12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE

FROM: R. Mullin, Deputy Clerk      RECEIVED DATE: 4/1/2008

CASE NO.: 07cv2299 DMS (BLM)    DOCUMENT FILED BY: Plaintiff

CASE TITLE: Mendez v. Scribner, et al

DOCUMENT ENTITLED: Declaration in support of request to proceed in forma pauperis

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Motion to proceed IFP already on file and granted. Case closed.** |

To re-open case, π must comply w/ 3/5/08 Order re amendment [Doc. No. 7].

Date forwarded: 4/2/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sabraw

Dated: 4/3/08       By: KMB, PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

LEONARDO RUIZ MENDEZ
T48606-D1-136U, Petitioner

L.E. SCRIBNER WARDEN, C.S.P.
OR WARDEN Respondent(s) P.V.S.P.

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

**REJECTED**

I, LEONARDO RUIZ MENDEZ, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes  ☑ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. PER CALIFORNIA PATROL, SECURITY GUARD. OCTUBER 1999. $ $612.00

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?  ☐ Yes  ☑ No
    b. Rent payments, interest or dividends?  ☐ Yes  ☑ No
    c. Pensions, annuities or life insurance payments?  ☐ Yes  ☑ No
    d. Gifts or inheritances?  ☐ Yes  ☑ No
    e. Any other sources?  ☐ Yes  ☑ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: N/A

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☑ No
   If the answer is yes, state the total value of the items owned: N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

CV-69 (04/05)

(U.S.C. 1983)   P. 9-9